1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ANDREW BOYD,                                    No. C 07-03595 JCS
8          Plaintiff(s),                           **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
9      v.
10 LAWRENCE KAM,
11         Defendant(s).
12 _____/
13
14  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 8/1/07

_____
Signature

Counsel for Plaintiff
(Name or party or indicate "pro se")

United States District Court
For the Northern District of California