1  DAVID J. SAMUELSEN, ESQ. (CBN #72504)
   JENNIFER A. KUNG, ESQ. (CBN #169364)
2  BENNETT, SAMUELSEN, REYNOLDS & ALLARD
   A Professional Corporation
3  1301 Marina Village Parkway, Suite 300
   Alameda, CA 94501
4
   Telephone: (510) 444-7688
5  Facsimile: (510) 444-5849
6  Attorneys for Defendant LAWRENCE KAM

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW BOYD,                          NO.  C07-03595 JCS

12        Plaintiff,                      STIPULATION BY PARTIES TO
                                          CONTINUE INITIAL CASE
13  vs.                                   MANAGEMENT CONFERENCE

14
    LAWRENCE KAM,
15
          Defendant.
16  _____/

17        COME NOW PLAINTIFF ANDREW BOYD by and through his attorney of record Walter

18  L. Davis, and Defendant LAWRENCE KAM by and through his attorneys of record David J.

19  Samuelsen/Jennifer A. Kung, hereby stipulate to continue the Initial Case Management

20  Conference from October 19, 2007 at 1:30 p.m. in Courtroom A, 15th Floor, to November 16,

21  2007, at 1:30 p.m. in Courtroom A, 15th Floor, for the following GOOD CAUSE:

22        1.    Plaintiff's Complaint was filed July 11, 2007.

23        2.    This Court entered it's Order Setting Initial Case Management Conference and

24  ADR Deadlines on July 11, 2007, setting the Initial Case Management Conference for October

25  19, 2007.

26        3.    Defendant answered Plaintiff's complaint on September 27, 2007.

27        4.    On September 27, 2007, the parties met and conferred regarding the discovery

                                   - 1-

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA #959STP CMC.wpd

1  and ADR. As a result of the meet and confer efforts, the following were discussed:

2        a.      The parties shall try to set Plaintiff's treating physicians' depositions

3  (approximately 3 in total) for sometime December 7, 2007, provided said treating physicians

4  are available. These depositions will take place in Boston, Massachusetts.

5        b.      Plaintiff's deposition will be set sometime middle of December 2007.

6  Location of said deposition is still pending, and may take place in Massachusetts or Northern

7  California.

8        c.      If an Independent Medical Examination is required, said IME will be set

9  at the same time as Plaintiff's deposition, both to take place in Northern California.

10       d.      An initial round of discovery will be served upon Plaintiff within the week.

11       e.      Authorizations for release of medical records and employments records

12  have already been circulated and will continue to circulate on an as needed basis to obtain

13  Plaintiff's treatment and employment records.

14       f.      This case is suitable for mediation through this Court's ADR program. A

15  potential mediation date January/February 2008 is not an unrealistic time frame, again,

16  depending upon the time/cooperation of the physician depositions.

17       5.      During the meet and confer discussion of September 27, 2007, it became

18  apparent that a continuance of the case management conference is necessary. Counsel for

19  Plaintiff will be in Chicago, Illinois on October 19, 2007; counsel for Defendant will be in the

20  Caribbean on October 19, 2007.

21       6.      Given the agreements reached by counsel regarding a discovery schedule and

22  ADR, and the unavailability of counsel on October 19, 2007, the parties agreed to stipulate

23  and request of this court an order continuing the Initial Case Management Conference.

24  Counsel for Plaintiff will be before this Court on November 16, 2007, so in the interest of

25  economy, this date was selected as a proposed Initial Case Management Conference date

26  for this case.

27       7.      This Stipulation is proper under Federal Rules of Civil Procedure, Rule 16(b)

- 2 -

DENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 100
ALAMEDA, CA 94501
(510) 444-7688

STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
S:\DJS\ACTIVE FILES\floyd v. Kiwa CSA 4155\STP CMC.wpd

1   which provides: "A schedule shall not be modified except upon a showing of good cause and

2   by leave of the district judge or, when authorized by local rule, by a magistrate judge." The

3   1983 Advisory Committee Notes to Rule 16(b) does reflect that a noticed motion is not

4   necessary to modify the schedule provided good cause is shown.

5       8.    The parties respectfully request that this Court consider the parties' stipulation

6   and continue the initial case management conference to November 16, 2007, at 1:30 pm.

7

8   DATED:  10.5.07

9                         BENNETT, SAMUELSEN, REYNOLDS & ALLARD

10

11                         BY _____

12                             Jennifer A. Kung

13                             Attorneys for Defendant
                             LAWRENCE KAM

14

15   DATED:  9/25/07

16                         LAW OFFICES OF WALTER LEE DAVID

17

18                         BY _____

19                             Walter L. Davis
                             Attorneys for Plaintiff

20                             ANDREW BOYD

21

22

23

24

25

26

27

- 3 -

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

S:\CUS\ACTIVE\Att Kennyal v. Kun CSA 4950\STIP CMC.wpd

1  DAVID J. SAMUELSEN, ESQ. (CBN #72504)
   JENNIFER A. KUNG, ESQ.  (CBN #169364)
2  BENNETT, SAMUELSEN, REYNOLDS & ALLARD
   A Professional Corporation
3  1301 Marina Village Parkway, Suite 300
   Alameda, CA 94501
4
   Telephone:  (510) 444-7688
5  Facsimile: (510) 444-5849

6  Attorneys for Defendant LAWRENCE KAM

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW BOYD,                          NO.  C07-03595 JCS

12       Plaintiff,                       **ORDER ON STIPULATION BY PARTIES
                                          TO CONTINUE INITIAL CASE
13  vs.                                   MANAGEMENT CONFERENCE**

14
    LAWRENCE KAM,
15
         Defendant.
16  _____/

17       The parties, by and through their attorneys of record, having set forth good cause in

18  support of their Stipulation to Continue Initial Case Management Conference, and Good

19  Cause having been demonstrated,

20       IT IS THEREFORE ORDERED that the Initial Case Management Conference currently

21  set for October 19, 2007, at 1:30 p.m. in Courtroom A, 15th Floor, is hereby continued to

22  November 16, 2007, at 1:30 p.m., in Courtroom A, 15th Floor.

23       PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26  DATED: _____

27                                JOSEPH C. SPERO
                                  UNITED STATES MAGISTRATE JUDGE

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

                              - 1 -

## CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years. On **October 5, 2007**, I served the attached:

**STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER ON STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on the interested parties in said cause, by placing ( X ) the original; ( ) a true copy thereof enclosed in a sealed envelope addressed as follows:

Walter Lee Davis
22320 Foothill Blvd., #600
Hayward, CA 94541

[XXX    ]    BY MAIL:   I caused such envelope(s) to be placed in the United States mail, postage fully prepaid, in accordance with the standard business practices of this office, in the city of Alameda, California.

[     ]    BY HAND:  I caused such envelope to be picked up and delivered to the office(s) of the addressee(s) in accordance with the standard business practices of this office.

[     ]    BY OVERNIGHT DELIVERY:  I caused such envelope to be delivered to [OVERNIGHT SERVICE NAME] for delivery to the office(s) of the addressee(s) as listed above the following day in accordance with the standard business practices of this office.

[     ]    BY FACSIMILE TRANSMISSION:  I caused a copy of such document to be sent via facsimile to the office(s) of the addressee(s) as listed above in accordance with the standard business practices of this office.  A true and correct copy of the facsimile confirmation sheet(s) is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **October 5, 2007**, Alameda, California.

_____
CHRISTI BIDWELL

Boyd v. Kam
United States District Court Northern District of California Case No.: C07-03595

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\POS.wpd