DAVID J. SAMUELSEN, ESQ. (CBN #72504)
JENNIFER A. KUNG, ESQ. (CBN #169364)
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A Professional Corporation
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501

Telephone: (510) 444-7688
Facsimile: (510) 444-5849

Attorneys for Defendant LAWRENCE KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE KAM,<br><br>    Defendant.<br>_____/ | NO.  C07-03595 JCS<br><br>**ORDER ON STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, by and through their attorneys of record, having set forth good cause in support of their Stipulation to Continue Initial Case Management Conference, and Good Cause having been demonstrated,

IT IS THEREFORE ORDERED that the Initial Case Management Conference currently set for October 19, 2007, at 1:30 p.m. in Courtroom A, 15th Floor, is hereby continued to November 16, 2007, at 1:30 p.m., in Courtroom A, 15th Floor.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/09/07        _____
                      JOSEPH C. SPERO
                      UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER ON STIPULATION BY PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\STP CMC OR.wpd

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688