DAVID J. SAMUELSEN, ESQ. (CBN #72504)
JENNIFER A. KUNG, ESQ. (CBN #169364)
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A Professional Corporation
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501

Telephone: (510) 444-7688
Facsimile: (510) 444-5849

Attorneys for Defendant LAWRENCE KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE KAM,<br><br>    Defendant.<br>_____/ | NO. C07-03595 JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Date: November 16, 2007<br>Time: 1:30 p.m.<br>Dept: Courtroom A, 15th Floor,<br>Honorable Joseph C. Spero, |

Having met and conferred about all matters described herein, the parties to the above entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

**DESCRIPTION OF THE CASE**

1. <u>A brief description of the events underlying the action</u>:

This accident arises out of a three vehicle motor vehicle accident that took place on July 14, 2005 at 8:35 a.m. on northbound Interstate 880 south of Whipple Road in Union City, California.

The brakes in Defendant's vehicle failed, and as a result, he struck Plaintiff's vehicle. Plaintiff's vehicle struck the vehicle in front of it.

2. <u>The principal factual issues which the parties dispute</u>:

BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

1  Causation of Plaintiff's injuries which Plaintiff claims consists of an aggravation of a pre-
2  existing tremor along with cognitive/emotional difficulties.

3  3. <u>The principal legal issues which the parties dispute:</u>
4  None to date.

5  4. <u>The other factual issues *[e.g. service of process, personal jurisdiction, subject*
6  *matter jurisdiction or venue]* which remain unresolved for the reason stated below and how the
7  parties propose to resolve those issues:</u>
8  None to date.

9  5. <u>The parties which have not been served and the reasons:</u>
10 All parties have been served and have appeared.

11 6. <u>The additional parties which the below-specified parties intend to join and the
12 intended time frame for such joinder:</u>
13 None.

14 7. <u>The following parties consent to assignment of this case to a United States
15 Magistrate Judge for *[court or jury]* trial:</u>
16 Plaintiff and Defendant.

17 **ALTERNATIVE DISPUTE RESOLUTION**

18 8. The parties agree to mediation once the depositions of the Plaintiff and his
19 treating physicians have been taken, and once Plaintiff undergoes an Independent Medical
20 Examination and/or Independent Neuropsychological Examination.

21 9. <u>Please indicate any other information regarding ADR process or deadline:</u>
22 The parties intend to attempt to set doctor depositions in Massachusetts sometime
23 December 2007, depending on physician availability. This may take until January 2008.

24 Defendant shall fly Plaintiff and his wife out to California for deposition and IME(s). This
25 should probably take place sometime January 2008, depending on availability of the IME(s)
26 physicians.

27 Mediation should take place shortly thereafter, perhaps in the February/March 2008

BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\CMC STM.wpd

1  time frame, depending on the availability of the IME report(s).

## DISCLOSURES

10  The parties certify that they have made the following disclosures:

The parties have not made any formal disclosures as of yet. However, the parties had been engaging in pre-litigation discovery wherein medical records had been obtained.

## DISCOVERY

11  The parties agree to the following discovery plan:

Written discovery has been served by Defendant upon Plaintiff. Medical records and employment records are being obtained.

As stated above, depending on physician availability, depositions of treating physicians should take place sometime December 2007 or January 2008. Plaintiff's deposition and IME should take place sometime January 2008.

## TRIAL SCHEDULE

12. The parties request a trial date after July 2008.

13. The parties expect that the trial will last for the following number of days:

Approximately five (5) court days.

DATED: 10·31, 2007    BENNETT, SAMUELSEN, REYNOLDS & ALLARD

BY _____
Jennifer A. Kung
Attorneys for Defendant
LAWRENCE KAM

DATED: 10-31, 2007    LAW OFFICES OF WALTER L. DAVIS

BY _____
Walter L. Davis
Attorneys for Plaintiff
ANDREW BOYD

-3-

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP
1001 MARINA VILLAGE
PARKWAY, SUITE 200
ALAMEDA, CA 94501
(510) 333-7600

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
S:\DJS\ACTIVE\ LEG\Boyd v. Kam CGA #25\KCMC STA.wpd

10/31/2007 WED 13:47 [TX/RX NO 6882] ☑002

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*

- a. *Referral of the parties to court or private ADR process;*
- b. *Schedule a further Case Management Conference;*
- c. *Schedule the time and content of supplemental disclosures;*
- d. *Specially set motions;*
- e. *Impose limitations on disclosure or discovery;*
- f. *Set time for disclosure of identify, background and opinions of experts;*
- g. *Set deadlines for completing fact and expert discovery;*
- h. *Set time for parties to meet and confer regarding pretrial submissions;*
- I. *Set deadline for hearing motions directed to the merits of the case;*
- j. *Set deadline for submission of pretrial material;*
- k. *Set date and time for pretrial conference;*
- l. *Set a date and time for trial.]*

Dated: _____

_____
United States District/Magistrate Judge.

BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\CMC STM.wpd

-4-

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of 18 years. On **November 1, 2007**, I served the attached:

**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

on the interested parties in said cause, by placing ( X ) the original; ( ) a true copy thereof enclosed in a sealed envelope addressed as follows:

Walter Lee Davis
22320 Foothill Blvd., #600
Hayward, CA 94541

[XXX]  BY MAIL: I caused such envelope(s) to be placed in the United States mail, postage fully prepaid, in accordance with the standard business practices of this office, in the city of Alameda, California.

[   ]  BY HAND: I caused such envelope to be picked up and delivered to the office(s) of the addressee(s) in accordance with the standard business practices of this office.

[   ]  BY OVERNIGHT DELIVERY: I caused such envelope to be delivered to [OVERNIGHT SERVICE NAME] for delivery to the office(s) of the addressee(s) as listed above the following day in accordance with the standard business practices of this office.

[   ]  BY FACSIMILE TRANSMISSION: I caused a copy of such document to be sent via facsimile to the office(s) of the addressee(s) as listed above in accordance with the standard business practices of this office. A true and correct copy of the facsimile confirmation sheet(s) is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **November 1, 2007**, Alameda, California.

_Christi Bidwell_
CHRISTI BIDWELL

Boyd v. Kam
United States District Court Northern District of California Case No.: C07-03595

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\POS.wpd