# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-03595 JCS**

**CASE NAME: ANDREW BOYD v. LAWRENCE KAM**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: November 16, 2007    **TIME: 5 min** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Walter Davis | **COUNSEL FOR DEFENDANT:**<br>Jennifer Kung |

| | |
|---|---|
| **PROCEEDINGS:** | **RULING:** |
| 1. Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

All employment and medical records shall be produced within 60 days.
Dft may depose the three doctors by Jan. 15, 2008, and the IME shall be completed by 2/15/8.
This case is referred to the Court's ADR program for Mediation, which shall be completed by 3/15/8.
An updated case management conference statement shall be due by 3/14/8.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   03/21/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**  09/05/08 at 1:30 p.m. |

**Trial Date:**   09/15/08 at 8:30 a.m.  (X)Jury    ()Court    Set for 4 days

cc:      **Chambers; Karen**, ADR
* (T) = Telephonic Appearance