# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Boyd, | 07-03595 JCS MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Kam, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Joel Franciosa**
> Law Offices of Joel P. Franciosa
> 1169 Trestle Glen Rd.
> Oakland, CA 94610
> 510-272-5103

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03595 JCS MED                                  - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: November 29, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:    Alice M. Fiel

7

8  ———————————————
   ADR Case Administrator
9  415-522-3148
   Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03595 JCS MED                    - 2 -