DAVID J. SAMUELSEN, ESQ. (CBN #72504)
ELIZABETH PACHECO, ESQ. (CBN #246258)
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A Professional Corporation
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501

Telephone:  (510) 444-7688
Facsimile: (510) 444-5849

Attorneys for Defendant LAWRENCE KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE KAM,<br><br>    Defendant.<br>_____/ | NO.  C07-03595 JCS<br><br>**STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**Honorable Joseph C. Spero**<br>**Department 602** |

IT IS HEREBY STIPULATED by and between the parties acting through counsel David J. Samuelsen of Bennett, Samuelsen, Reynolds and Allard, attorneys for defendant LAWRENCE KAM, and Walter L. Davis of the Law Offices of Walter L. Davis, attorneys for plaintiff ANDREW BOYD, that the parties be allowed the following time frames within which to complete the following scheduled events:

1. February 13, 2008: Depositions of plaintiff Andrew Boyd and his wife, Martha Boyd, to be taken in Alameda, California;

2. February 14, 2008: Independent neuro-psychological examination of plaintiff Boyd to be conducted by Alan Shonkoff, Ph.D., a neuro-psychologist, in Berkeley, California;

3. February 15, 2008: Independent Medical Examination of plaintiff Boyd to

- 1-

STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\STIP.wpd

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

be conducted by Laszlo Tamas, MD, a board-certified neurosurgeon, in Oakland, California;

4. April 9, 2008: (approximately); deposition of Paula Ravin, M.D., in Massachusetts;

5. April 11, 2008: Deposition of Joan M. Swearer, MD, a treating physician in Massachusetts. This deposition will be taken in Worcester, Massachusetts;

6. April 11, 2008: Deposition of Kern Bayard, MD, plaintiff Boyd's family doctor, also to be taken in Massachusetts;

7. The March 13, 2008 mediation be rescheduled to a date prior to the May 15, 2008 deadline;

8. The Case Management Conference scheduled for March 21, 2008 be set out to a date following the May 16, 2008 mediation deadline.

DATED: 1/16/08

BENNETT, SAMUELSEN, REYNOLDS & ALLARD

BY _____
David J. Samuelsen
Attorneys for Defendant
LAWRENCE KAM

DATED: _____

LAW OFFICES OF WALTER LEE DAVIS

BY _____
Walter L. Davis
Attorneys for Plaintiff
ANDREW BOYD

-2-

BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\STIP.wpd

|     |     |     |
| --- | --- | --- |
| 1   |     | be conducted by Laszlo Tamas, MD, a board-certified neurosurgeon, in |
| 2   |     | Oakland, California; |
| 3   | 4.  | April 9, 2008: (approximately): deposition of Paula Ravin, M.D., in |
| 4   |     | Massachusetts; |
| 5   | 5   | April 11, 2008: Deposition of Joan M. Swearer, MD, a treating physician |
| 6   |     | in Massachusetts. This deposition will be taken in Worcester, |
| 7   |     | Massachusetts; |
| 8   | 6.  | April 11, 2008: Deposition of Kern Bayard, MD, plaintiff Boyd's |
| 9   |     | family doctor, also to be taken in Massachusetts; |
| 10  | 7.  | The March 13, 2008 mediation be rescheduled to a date prior to the May |
| 11  |     | 15, 2008 deadline; |
| 12  | 8.  | The Case Management Conference scheduled for March 21, 2008 be set |
| 13  |     | out to a date following the May 15, 2008 mediation deadline. |

DATED: _____       BENNETT, SAMUELSEN, REYNOLDS & ALLARD

BY _____
    David J. Samuelsen
    Attorneys for Defendant
    LAWRENCE KAM

DATED: 1/14/08       LAW OFFICES OF WALTER LEE DAVIS

BY _____
    Walter L. Davis
    Attorneys for Plaintiff
    ANDREW BOYD

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 350
ALAMEDA, CA 94501
(510) 444-7800

-2-

**STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

S:\DJS\ACTIVE FILES\B\myr v. Kam USA 493585.TIP.wpd

DAVID J. SAMUELSEN, ESQ. (CBN #72504)
ELIZABETH PACHECO, ESQ. (CBN #246258)
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A Professional Corporation
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501

Telephone: (510) 444-7688
Facsimile: (510) 444-5849

Attorneys for Defendant LAWRENCE KAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BOYD, | NO. C07-03595 JCS |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER APPROVING STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| LAWRENCE KAM, | |
| Defendant. | Honorable Joseph C. Spero Department 602 |

In having read the Stipulation between the parties hereto and;

GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED THAT the parties shall be granted an extension of time of the Initial Case Management Conference and ADR deadlines as follows:

1.  February 13, 2008: Depositions of plaintiff Andrew Boyd and his wife, Martha Boyd, to be taken in Alameda, California;

2.  February 14, 2008: Independent neuro-psychological examination of plaintiff Boyd to be conducted by Alan Shonkoff, Ph.D., a neuro-psychologist, in Berkeley, California;

3.  February 15, 2008: Independent Medical Examination of plaintiff Boyd to be conducted by Laszlo Tamas, MD, a board-certified neurosurgeon, in

- 1 -

BENNETT, SAMUELSEN, REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

ORDER APPROVING STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\ORDER.wpd

1  Oakland, California;

2  4. April 9, 2008: (approximately); deposition of Paula Ravin, M.D., in
3  Massachusetts;

4  5  April 11, 2008: Deposition of Joan M. Swearer, MD, a treating physician
5  in Massachusetts. This deposition will be taken in Worcester,
6  Massachusetts;

7  6. April 11, 2008: Deposition of Kern Bayard, MD, plaintiff Boyd's
8  family doctor, also to be taken in Massachusetts;

9  7. The March 13, 2008 mediation be rescheduled to a date prior to the May
10  15, 2008 deadline;

11  8. The Case Management Conference scheduled for March 21, 2008 be set
12  out to a date following the May 15, 2008 mediation deadline.

14  DATED: _____

16  BY _____
     THE HONORABLE JOSEPH C. SPERO
17   JUDGE OF THE U.S. DISTRICT COURT

- 2 -

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

ORDER APPROVING STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\ORDER.wpd