1   DAVID J. SAMUELSEN, ESQ. (CBN #72504)
    ELIZABETH PACHECO, ESQ. (CBN #246258)
2   BENNETT, SAMUELSEN, REYNOLDS & ALLARD
    A Professional Corporation
3   1301 Marina Village Parkway, Suite 300
    Alameda, CA 94501
4
    Telephone:  (510) 444-7688
5   Facsimile: (510) 444-5849

6   Attorneys for Defendant LAWRENCE KAM

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  ANDREW BOYD,                    NO.  C07-03595 JCS

12       Plaintiff,                 [PROPOSED]
                                    ORDER APPROVING STIPULATION
13  vs.                            EXTENDING INITIAL CASE
                                    MANAGEMENT CONFERENCE AND
14                                  ADR DEADLINES
    LAWRENCE KAM,
15                                  Honorable Joseph C. Spero
         Defendant.            /    Department 602
16

17       In having read the Stipulation between the parties hereto and;

18       GOOD CAUSE APPEARING THEREFOR:

19       IT IS HEREBY ORDERED THAT the parties shall be granted an extension of

20  time of the Initial Case Management Conference and ADR deadlines as follows:

21       1.    February 13, 2008: Depositions of plaintiff Andrew Boyd and his wife,

22             Martha Boyd, to be taken in Alameda, California;

23       2.    February 14, 2008: Independent neuro-psychological examination of

24             plaintiff Boyd to be conducted by Alan Shonkoff, Ph.D., a neuro-

25             psychologist, in Berkeley, California;

26       3.    February 15, 2008:  Independent Medical Examination of plaintiff Boyd to

27             be conducted by Laszlo Tamas, MD, a board-certified neurosurgeon, in

- 1 -

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

ORDER APPROVING STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\ORDER.wpd

1   Oakland, California;

2   4.   April 9, 2008: (approximately); deposition of Paula Ravin, M.D., in

3        Massachusetts;

4   5    April 11, 2008:   Deposition of Joan M. Swearer, MD, a treating physician

5        in Massachusetts.    This deposition will be taken in Worcester,

6        Massachusetts;

7   6.   April 11, 2008:   Deposition of Kern Bayard, MD, plaintiff Boyd's

8        family doctor, also to be taken in Massachusetts;

9   7.   The March 13, 2008 mediation be rescheduled to a date prior to the May

10       15, 2008 deadline;

11  8.   The Case Management Conference scheduled for March 21, 2008 ~~be set~~
         has been continued to May 23, 2008, at 1:30 PM. The updated jt cmc statement
12       ~~out to a date following the May 15, 2008 mediation deadline.~~
         shall be due by May 16, 2008. - JCS.

13

14  DATED: ___Jan. 18, 2008___

15

16                              BY



17                              THE H... ... ...C. SPERO
                                JUDGE ... ... ... COURT

18                              Judge Joseph C. Spero

19

20

21

22

23

24

25

26

27

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

**ORDER APPROVING STIPULATION EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES**

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\ORDER.wpd