DAVID J. SAMUELSEN
RICHARD L. REYNOLDS
ANTHONY J. ALLARD
JOHN G. COWPERTHWAITE
THOMAS S. GELINI
STEVEN L. CLARENCE
NOEL D. HIBBARD
ELIZABETH PACHECO

**BENNETT, SAMUELSEN, REYNOLDS & ALLARD**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
SUITE 300
1301 MARINA VILLAGE PARKWAY
ALAMEDA, CALIFORNIA 94501-1084

TELEPHONE
(510) 444-7688

FAX
(510) 444-5849
———

STUART C. GILLIAM
OF COUNSEL

BRYANT M. BENNETT
RETIRED

May 13, 2008

Walter Lee Davis, Esq.
Attorney at Law
22320 Foothill Boulevard, Suite 600
Hayward, California 94541

> **By Facsimile Only: (510) 888-9044**

Re:     Boyd v. Kam
         United States District Court No. C07-03595 JCS

Dear Mr. Davis:

This will confirm our conversation today whereby you approved the attached Joint Case Management Conference Statement sent to you May 5, 2008 and authorized us to submit it without your signature. Please be advised that we will represent to the court the same.

Thank you for your professional courtesy in this matter.

Very truly yours,

BENNETT, SAMUELSEN, REYNOLDS & ALLARD

Elizabeth Pacheco
EP/

1  DAVID J. SAMUELSEN, ESQ. (CBN #72504)
   ELIZABETH PACHECO, ESQ. (CBN #246258)
2  BENNETT, SAMUELSEN, REYNOLDS & ALLARD
   A Professional Corporation
3  1301 Marina Village Parkway, Suite 300
   Alameda, CA 94501
4
   Telephone:  (510) 444-7688
5  Facsimile: (510) 444-5849
6  Attorneys for Defendant LAWRENCE KAM
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11 ANDREW BOYD,                    NO.  C07-03595 JCS
12        Plaintiff,               JOINT CASE MANAGEMENT
                                   STATEMENT AND PROPOSED ORDER
13 vs.
                                   Date: May 23, 2008
14                                 Time: 1:30 p.m.
   LAWRENCE KAM,                   Dept:  Courtroom A, 15th Floor,
15                                 Honorable Joseph C. Spero,
          Defendant.          /
16 _____
17        Having met and conferred about all matters described herein, the parties to the above
18 entitled action jointly submit this Case Management Statement and Proposed Order and
19 request the Court to adopt it as its Case Management Order in this case.
20              DESCRIPTION OF THE CASE
21     1.    A brief description of the events underlying the action:
22        This accident arises out of a three vehicle motor vehicle accident that took place
23 on July 14, 2005 at 8:35 a.m. on northbound Interstate 880 south of Whipple Road in
24 Union City, California.
25        The brakes in Defendant's vehicle failed, and as a result, he struck Plaintiff's vehicle.
26 Plaintiff's vehicle struck the vehicle in front of it.
27     2.    The principal factual issues which the parties dispute:

- 1-

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\CMC STM 050508.wpd

### DISCOVERY

11.    Written discovery have been served and responded to by both parties. Medical records and employment records have been obtained. The depositions of Plaintiff and his wife, occured on February 13, 2008. Plaintiff submitted to an independent neuro-psychological examination by Alan Shonkoff, Ph.D. and an independent evaluation by board-certified neurosurgeon, Laszlo Tamas, MD.

The depositions of Joan M. Swearer, M.D., Kern Bayard, M.D., and Paula Ravin, M.D. were taken off calendar by Defendant.

12.    The parties agree to the following discovery plan:

Parties have completed all discovery.

### TRIAL SCHEDULE

12.    A trial date of 9/15/08 has been ordered by the court.

13.    The court has ordered that trial should take no more than 4 days.

DATED: May 13, 2008          BENNETT, SAMUELSEN, REYNOLDS & ALLARD


BY _____
    Elizabeth Pacheco
    Attorneys for Defendant
    LAWRENCE KAM


DATED: May 13, 2008          LAW OFFICES OF WALTER L. DAVIS


                             (Approved telephonically)
BY _____
    Walter L. Davis
    Attorneys for Plaintiff
    ANDREW BOYD

- 3 -

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\CMC STM 050508.wpd

1

**CASE MANAGEMENT ORDER**

2

The Case Management Statement and Proposed Order is hereby adopted by the Court

3

as the Case Management Order for the case and the parties are ordered to comply with this

4

Order.  In addition the Court orders:

5

6

           *[The Court may wish to make additional orders, such as:*

7

        *a.     Referral of the parties to court or private ADR process:*

8

        *b.     Schedule a further Case Management Conference;*

9

        *c.     Schedule the time and content of supplemental disclosures;*

10

        *d.     Specially set motions;*

11

        *e.     Impose limitations on disclosure or discovery;*

12

        *f.     Set time for disclosure of identify, background and opinions of experts;*

13

        *g.     Set deadlines for completing fact and expert discovery;*

14

        *h.     Set time for parties to meet and confer regarding pretrial submissions;*

15

        *I.     Set deadline for hearing motions directed to the merits of the case;*

16

        *j.     Set deadline for submission of pretrial material;*

17

        *k.     Set date and time for pretrial conference;*

18

        *l.     Set a date and time for trial.]*

19

20

21

Dated: _____

22

23

                     United States District/Magistrate Judge.

24

25

26

27

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY,  SUITE 300
ALAMEDA, CA 94501
(510) 444-7688

- 4 -