# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: 07-3595 JCS**

**CASE NAME: Andrew Boyd v. Lawrence Kam**

**MAGISTRATE JUDGE JOSEPH C. SPERO**

**COURTROOM DEPUTY: Frank Justiliano**

**DATE: 5/23/08        TIME: 2:26 - 2:28 p.m        COURT REPORTER: None**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Walter Davis | Elizabeth Pacheco |

## PROCEEDINGS

X    FURTHER CASE MANAGEMENT CONFERENCE - Held.

CASE CONTINUED TO:   6/27/08 @ 1:30 p.m.        FOR    status on binding arbitration agreement

CC:    Chambers; Karen