United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Boyd,<br><br>    Plaintiff(s),<br><br>v.<br><br>Kam,<br><br>    Defendant(s). | No. C 07-03595 JCS MED<br><br>Certification of ADR Session |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) **MAY 9, 2008**

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?  ☒ YES  ☐ NO

Dated: **JUN 3 2008**

Mediator, Joel Franciosa
Law Offices of Joel P. Franciosa
1169 Trestle Glen Rd.
Oakland, CA 94610

Certification of ADR Session
07-03595 JCS MED