DAVID J. SAMUELSEN
RICHARD L. REYNOLDS
ANTHONY J. ALLARD
JOHN G. COWPERTHWAITE
THOMAS S. GELINI
STEVEN L. CLARENCE
NOEL D. HIBBARD
ELIZABETH PACHECO
LAUREN POWE
JULIE MANEKER

**BENNETT, SAMUELSEN, REYNOLDS & ALLARD**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
SUITE 300
1301 MARINA VILLAGE PARKWAY
ALAMEDA, CALIFORNIA 94501-1084

TELEPHONE
(510) 444-7688
FAX
(510) 444-5849

STUART C. GILLIAM
OF COUNSEL

BRYANT M. BENNETT
1919-2008

June 18, 2008

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: **Boyd v. Kam**
**United States District Court Case No.: C07-03595 JCS**

Dear Judge Spero:

A further Case Management Conference is currently scheduled on the above matter for next Friday, June 27, 2008, at 1:30 pm. At the last CMC, counsel for plaintiff and defendants represented to the court our agreement to Stipulate to Arbitration and this court continued the CMC to this date. Parties have reached an agreement as to binding arbitration and are awaiting execution of the prepared Binding Arbitration Agreement. The parties have also agreed on the appointment of an arbitrator.

Accordingly, we respectfully request this CMC scheduled for June 27, 2008 be continued for thirty (30) days. We expect the case will be dismissed before we have to return to court.

Thank you for your attention to this matter.

Very truly yours,

BENNETT, SAMUELSEN, REYNOLDS & ALLARD

Elizabeth Pacheco

**CC: Walter Davis [By Facsimile Only to: 510-888-9044]**

S:\DJS\ACTIVE FILES\Boyd v. Kam CSA 4955\Court 061708.wpd.CDT