UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW BOYD,

       Plaintiff(s),

  v.

LAWRENCE KAM,

       Defendant(s).

Case No. C07-03595 JCS

**ORDER DISMISSING CASE WITH PREJUDICE**

IT IS HEREBY ORDERED THAT pursuant to the filing of the Stipulation for Binding Arbitration Agreement [Docket No. 22] this case shall be dismissed with prejudice. The Court shall retain jurisdiction to compel arbitration and to enter judgment enforcing any arbitration award.

The status conference re: binding arbitration set for June 27, 2008, at 1:30 p.m., has been vacated.

IT IS SO ORDERED.

Dated: June 20, 2008

JOSEPH C. SPERO
United States Magistrate Judge